ORIGINAL

1  JEFF S. WESTERMAN (SBN 94559)
   MILBERG WEISS LLP
2  One California Plaza
   300 S. Grand Avenue, Suite 3900
3  Los Angeles, CA 90071-3149
   Telephone: (213) 617-1200
4  Facsimile:  (213) 617-1975
   Email: jwesterman@milbergweiss.com
5

6  PETER SAFIRSTEIN
   ANDREW MORGANTI
7  MILBERG WEISS LLP
   One Pennsylvania Plaza
8  New York, New York 10119
   Telephone: (212) 594-5300
9  Facsimile:  (212) 868-1229
   Email: psafirstein@milbergweiss.com
10       amorganti@milbergweiss.com

11 Attorneys for the Plaintiff and the Class

12                UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14                    SAN FRANCISCO DIVISION

15 LORI BARRETT, individually and on behalf of ) Case No. 08  1140
   all others similarly situated,              )
16                                             )
                       Plaintiff,              )
17                                             ) CERTIFICATION OF INTERESTED
                                               ) ENTITIES OR PERSONS
       vs.                                     )
18                                             )
   QANTAS AIRWAYS LIMITED, AIR NEW             )
19 ZEALAND LIMITED, and John Does 1 – 10,      )
                                               )
20                     Defendants.             )
                                               )
21

FILED FEB 26 2008

E-filing

EMC

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
DOCS\427637v1

TO THE COURT AND ALL PARTIES:

    Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: February 26, 2008

MILBERG WEISS LLP
JEFF S. WESTERMAN

_____
JEFF S. WESTERMAN

One California Plaza
300 S. Grand Avenue, Suite 3900
Los Angeles, CA 90071-3149
Telephone: (213) 617-1200
Facsimile: (213) 617-1975
Email: jwesterman@milbergweiss.com

MILBERG WEISS LLP
PETER SAFIRSTEIN
ANDREW MORGANTI
One Pennsylvania Plaza
New York, NY 10119-0165
Telephone: (212) 594-5300
Facsimile: (212) 868-1229
Email: psafirstein@milbergweiss.com
      amorganti@milbergweiss.com

Attorneys for Plaintiff and the Class

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS   - 1 -
DOCS\427637v1