ORIGINAL

1  JEFF S. WESTERMAN (SBN 94559)
   MILBERG WEISS LLP
2  One California Plaza
   300 S. Grand Avenue, Suite 3900
3  Los Angeles, CA 90071-3149
   Telephone: (213) 617-1200
4  Facsimile:  (213) 617-1975
   Email: jwesterman@milbergweiss.com
5

6  PETER SAFIRSTEIN
   ANDREW MORGANTI
7  MILBERG WEISS LLP
   One Pennsylvania Plaza
8  New York, New York 10119
   Telephone: (212) 594-5300
9  Facsimile:  (212) 868-1229
   Email:  psafirstein@milbergweiss.com
10      amorganti@milbergweiss.com

11  Attorneys for the Plaintiff and the Class

12          UNITED STATES DISTRICT COURT

13          NORTHERN DISTRICT OF CALIFORNIA                EMC

14             SAN FRANCISCO DIVISION

15  LORI BARRETT, individually and on behalf of   )  Case No.
    all others similarly situated,                )   CV 08     1140
16                                                 )
                                                   )
17              Plaintiff,                         )  NOTICE OF RELATED CASES
                                                   )
18        vs.                                      )
                                                   )
    QANTAS AIRWAYS LIMITED, AIR NEW               )
19  ZEALAND LIMITED, and John Does 1 – 10,        )
                                                   )
20              Defendants.                        )
                                                   )
21

22

23

24

25

26

27

28

NOTICE OF RELATED CASES
DOCS\427603v1

1  TO THE COURT AND ALL PARTIES:

2      Pursuant to Civil L.R. 3-12, Plaintiff Lori Barrett gives notice that this action is related to

3  the following cases:

4

5      | *Wortman v. Air New Zealand* | CV 07-5634 CRB | filed on November 6, 2007 |
       | *Evans v. Air New Zealand* | CV 07-5821 CRB | filed on November 15, 2007 |
6      | *Foy v. Air New Zealand* | CV 07-6219 CRB | filed on December 7, 2007 |
7      | *Kaufman v. Air New Zealand* | CV 07-6417 CRB | filed on December 19, 2007 |
       | *Abrams v. Air New Zealand* | CV 08-0339 CRB | filed on January 17, 2008 |

8

9      This case involves the same transactions and events and the same conduct by the same

10  defendants which, as set forth in the complaint, constituted violations of the federal antitrust laws

11  of the United States, Section 1 of the Sherman Antitrust Act of 1890, 15 U.S.C. § 1 and Sections

12  4 and 26 of the Clayton Antitrust Act of 1914, 15 U.S.C. §§ 15, 26.  Additionally, all actions

13  involve similar questions of fact and the same questions of law such that it is very likely that

14  there would be an unduly burdensome duplication of labor and expense or conflicting results if

15  the cases are conducted before different judges.  Thus, assignment of this action to a single

16  judge, in this instance the honorable Charles R. Breyer whom has already been assigned the

17  *Wortman* case, is likely to effect a savings of judicial effort and other economies.

18
    DATED: February 26, 2008                   MILBERG WEISS LLP
19                                              JEFF S. WESTERMAN

20

21                                              _____
                                                JEFF S. WESTERMAN
22
                                                One California Plaza
23                                              300 S. Grand Avenue, Suite 3900
                                                Los Angeles, CA 90071-3149
24                                              Telephone: (213) 617-1200
                                                Facsimile:  (213) 617-1975
25                                              Email: jwesterman@milbergweiss.com

26

27

28

NOTICE OF RELATED CASES                                                          - 1 -
DOCS\427603v1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MILBERG WEISS LLP
PETER SAFIRSTEIN
ANDREW MORGANTI
One Pennsylvania Plaza
New York, NY 10119-0165
Telephone: (212) 594-5300
Facsimile: (212) 868-1229
Email: psafirstein@milbergweiss.com
        amorganti@milbergweiss.com

Attorneys for the Plaintiff and the Class

NOTICE OF RELATED CASES

- 2 -

DOCS\427603v1